83 A.3d 70

**No. 073480.**

IN THE MATTER OF WANDA MOLINA, AN ATTORNEY
AT LAW (ATTORNEY NO. 013591989).

January 31, 2014.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 13–097, concluding that **WANDA MOLINA** of **JERSEY CITY**, who was admitted to the bar of this State in 1989, should be suspended from the practice of law for a period of six months for violating *RPC* 8.4(b) (commission of a criminal act that reflects adversely on the attorney's honesty, trustworthiness or fitness as a lawyer) and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation); and good cause appearing;

It is ORDERED that **WANDA MOLINA** is suspended from the practice of law for a period of six months and until the further Order of the Court, effective February 28, 2014, and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual

expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.